UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLOS A. ALFORD, Plaintiff, | ) | |
| v. | ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:23-CV-1206-D** |
| ASHLEY WHITE HARRIS, Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 2], ADOPTS the conclusions in the M&R [D.E. 5], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on November 27, 2023, and Copies To:**

Carlos A. Alford (via CM/ECF electronic notification)

DATE: November 27, 2023

PETER A. MOORE, JR., CLERK

(By) /s/ Stephanie Mann
Deputy Clerk